*FILED*
SEP 2 1 2006
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
                                      )    Case No. 05 B 38402
    TRANSITIONS BOOKPLACE, INC.       )
                                      )
                                      )
                                      )    Chapter 11
                                      )
        Debtors.                      )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SUGAR, FRIEDBERG & FELSENTHAL LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $90,510.50 | TOTAL COSTS REQUESTED: | $10,586.39 |
| TOTAL FEES REDUCED: | $    0.00 | TOTAL COSTS REDUCED: | $ 1,234.06 |
| TOTAL FEES ALLOWED: | $90,510.50 | TOTAL COSTS ALLOWED: | $ 9,352.33 |

**TOTAL FEES AND COSTS ALLOWED: $99,862.83**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE RIGHT SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

Dated: September 21, 2006

_____
Eugene R. Wedoff
United States Bankruptcy Court

**SUGAR, FRIEDBERG & FELSENTHAL LLP**
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

Transitions Bookplace, Inc.
1000 West North Avenue
Chicago IL 60622

Attn: Howard Mandel

Page: 1
08/14/06
Account No: 8381-000M

Disbursements

Review Statement

Expenses

| Date | Description | Amount | # |
|---|---|---:|---:|
| /19/05 | US Bankruptcy Court - Chapter 11 filing | 839.00 | 5 |
| /29/05 | USPS - postage | 41.73 | 3 |
| /30/05 | Westlaw research | 238.25 | 1 |
| /13/05 | USPS - postage | 156.51 | 55 |
| /18/05 | Delivery: Tracy Treger | 2.00 | 10 |
| /18/05 | Delivery: Gretchen Silver | 2.00 | 11 |
| /18/05 | Delivery: Robert Pattullo | 2.00 | 12 |
| /21/05 | Delivery: IRS | 2.00 | 13 |
| /31/05 | Westlaw research | 3.76 | 7 |
| /31/05 | Pacer - Research | 6.24 | 8 |
| /31/05 | Photocopy charges | 234.80 | 9 |
| /31/05 | Pacer - Research | 1.20 | 14 |
| /31/05 | Delivery: M. Gretchen Silver | 2.00 | 15 |
| /30/05 | Photocopy charges | 13.20 | 18 |
| /30/05 | Westlaw research | 36.45 | 54 |
| /31/06 | Photocopy charges | 24.10 | 19 |
| /31/06 | Pacer - Research | 16.40 | 25 |
| /28/06 | Photocopy charges | 26.90 | 20 |
| /13/06 | Landry Courier Service, Inc to 1000 W North Ave | 20.00 | 21 |
| /31/06 | Long distance telephone charges | 1.13 | 22 |
| /31/06 | Westlaw research | 9.23 | 23 |
| /31/06 | Photocopy charges | 42.90 | 24 |
| /31/06 | Pacer - Research | 3.36 | 28 |
| /25/06 | Delivery: IRS | 2.00 | 27 |
| /25/06 | Landry Courier Service, Inc to 1925 W Thome | 38.00 | 30 |
| /27/06 | Photocopy charges | 31.30 | 26 |
| /30/06 | Westlaw research | 198.18 | 29 |
| /10/06 | Delivery: Judge Wedoff | 2.00 | 32 |
| /11/06 | USPS - mail of ballots, plan, disclosure statement, and order | 2,400.00 | 31 |
| /11/06 | Delivery: Transitions Book Place, Inc. | 2.00 | 33 |
| /18/06 | Cabfare - 1000 W North Avenue (landlord meeting) | 25.00 | 35 |
| /24/06 | Document Technologies, Inc. - 460 copies of 73 originals | 2,350.60 | 51 |
| /31/06 | Photocopy charges | 324.40 | 36 |
| /31/06 | Westlaw research | 371.41 | 37 |
| /31/06 | Long distance telephone charges | 0.12 | 38 |
| /31/06 | Document Technologies, Inc. - copy work | 150.00 | 52 |
| /02/06 | Landry Courier Service, Inc to 1925 W Thome | 24.00 | 40 |
| /02/06 | Landry Courier Service, Inc to 1000 W North Avenue | 15.00 | 41 |
| /02/06 | Delivery: IRS | 2.00 | 42 |
| /30/06 | Photocopy charges | 55.40 | 43 |
| /30/06 | Long distance telephone charges | 2.79 | 44 |
| /30/06 | Westlaw research | 376.78 | 45 |
| /30/06 | Delivery: IRS | 2.00 | 47 |
| /07/06 | U. S. Postal Service - postage for mailing ballots | 2,102.40 | 46 |